DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6073
    FAX: (415) 436-7234
    Mohit.Gourisaria@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY MACK,<br><br>    Defendant. | **3:20-mj-71339 MAG**<br><br>STIPULATION AND ORDER RE:<br>(1) PRELIMINARY HEARING DATE; AND<br>(2) FINDINGS OF EXCLUDABLE TIME PERIOD |

The United States, by and through its counsel, Assistant United States Attorney Mohit Gourisaria, and defendant Gregory Mack, by and through his counsel, Assistant Federal Public Defender Candis Mitchell, hereby stipulate as follows:

1. On September 18, 2020, the Honorable Alex G. Tse, United States Magistrate Judge, signed a federal criminal complaint charging defendant with Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1). On September 21, 2020, defendant made his initial appearance and was arraigned on the criminal complaint. A detention hearing was held on September 25, 2020, before Magistrate Judge Donna M. Ryu, and defendant was ordered released to a halfway house.

STIP AND ORDER
3:20-mj-71339 MAG

1

2.      The government produced discovery on September 23, 2020. For scheduling-related reasons, to allow defense counsel the opportunity to review discovery, and due to ongoing discussions about a potential ultimate resolution in this case, the parties agree to schedule the preliminary hearing on October 15, 2020, at 10:30 a.m. Defense counsel further represents that her client knowingly and voluntarily waives the timing for preliminary hearing under Federal Rule of Criminal Procedure 5.1 through October 15, 2020.

3.      For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which defendant must be charged by indictment or information, the parties agree that the time period of September 25, 2020 through October 15, 2020 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at the government's request, without the defendant's objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.      Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which an information or indictment must be filed.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: September 25, 2020          DAVID L. ANDERSON
United States Attorney

                                             /s/
                                 MOHIT GOURISARIA
                                 Assistant United States Attorney

Dated: September 25, 2020

                                             /s/
                                 CANDIS MITCHELL
                                 Assistant Federal Public Defender
                                 Attorney for Defendant

**ORDER**

The Court has read and considered the Stipulation re: (1) the Preliminary Hearing Date; and (2) Findings of Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The preliminary hearing in this matter is scheduled for 10:30 a.m. on October 15, 2020. The time period of September 25, 2020, to October 15, 2020, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

September 28, 2020
DATED



HON. DONNA M. RYU
United States Magistrate Judge

STIP AND ORDER                                    4
3:20-mj-71339 MAG